IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02733-STV

BIONCA CHARMAINE ROGERS,
CATHY BEGANO,
ANDREW ATKINS, and
MARC TREVITHICK,

Plaintiffs,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
RICK RAEMISCH, in his official capacity,
RYAN LONG, in his official capacity, and
MIKE ROMERO, in his official capacity,

Defendants.

LEONID RABINKOV,
CATHY BEGANO,
ANDREW ATKINS, and
MARC TREVITHICK, on behalf of themselves and others similarly situated,

Plaintiffs,
v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

**DECLARATION OF AMY F. ROBERTSON IN SUPPORT OF PLAINTIFF MARC TREVITHICK'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Amy F. Robertson, hereby declare that:

1. I make this declaration based on personal knowledge. I am over 18 years of age and am competent to testify to the facts set forth below.

2. I am the Co-Executive Director of the Civil Rights Education and Enforcement Center ("CREEC") and am counsel for Plaintiffs in this action.

3. The document attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Richard Lorenzo Ray in this matter.

4. The document attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Jean Andrews in this matter.

5. The document attached hereto as Exhibit 3 is a true and correct copy of Defendants' Responses to Plaintiffs' First Requests for Admissions dated March 22, 2018.

6. The document attached hereto as Exhibit 4 is a true and correct copy of Defendants' Supplemental Responses to Plaintiffs' First Set of Interrogatories dated January 4, 2018.

7. The document attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition of Adrienne Jacobson taken on April 9, 2018.

8. The document attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition of Amy Bradley taken on April 6, 2018, as well as Exhibits 1, 2, and 9 to that deposition.

9. The document attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition of Janet Smith taken on April 9, 2018.

10. The document attached hereto as Exhibit 8 is a true and correct copy of excerpts from the deposition of Brian Deuster taken on June 4, 2018.

11. On May 4, 2018, I visited Colorado Territorial Correctional Facility ("CTCF") pursuant to Federal Rule of Civil Procedure 34(a)(2) with Richard Ray and a team of sign language interpreters.

12. While I was at CTCF on this visit, I took a number of photographs and videos. Attached as Exhibit 9 are true and correct copies of five of the photographs I took while visiting CTCF on May 4, 2018.

13. All of the videophone units we were shown at CTCF on May 4, 2018 were locked down, either with a metal cover and padlock or in a locked room.

14. The document attached hereto as Exhibit 10 is a true and correct copy of transcripts of TTY calls placed by Plaintiffs. Exhibit 10 includes all of the transcripts produced by Defendants but for two transcripts that were omitted due to the personal nature of the information discussed in the calls. The transcripts are redacted to delete the called parties' phone numbers.

15. In settlements from around the country, state departments of corrections and county sheriffs have agreed to provide videophones in their facilities. *See, e.g.*,

    a. Settlement Agreement, ¶ X(D)(3), *Minnis v. Johnson*, No. 10-cv-96 (E.D. Va. 2010) (Virginia Department of Corrections), Decl. of Elliot Mincberg In Support of Pls.' Opp'n to Mot. to Dismiss, ECF 38-2, Ex. 2;

    b. Settlement Agreement, ¶ IX(D)(3), *Jarboe v. Maryland Dep't of Public Safety and Correctional Servs.*, No. 1:12-cv-00572-ELH (D. Md. 2015), Decl. of Elliot Mincberg In Support of Pls.' Opp'n to Mot. to Dismiss, Ex 1;

    c. Settlement Agreement Between Defendants The Commonwealth of Kentucky *et al*. and Plaintiffs Oscar Adams and Michael Knights, ¶ IX(D)(3), *Adams v. Commonwealth of Kentucky*, No. 3:14-cv-00001 (E.D. Ky. 2015), Decl. of Amy F. Robertson In Support of Pls.' Opp'n to Mot. to Dismiss, ECF 38-1, Ex. 1; and

    d. Settlement Agreement and General Release, ¶ 4.2, *Siaki v. Darr*, 11-cv-03074-JLK (D. Colo. Sept. 27, 2012) (Adams County, Colorado); Decl. of Amy F. Robertson In Support of Pls.' Opp'n to Mot. to Dismiss, Ex. 2.

16. The DOJ, tasked with enforcing Title II, has entered settlements with a large number of jurisdictions requiring sheriffs and jails to make videophones available to inmates, including:

    a. Columbia, SC, https://www.ada.gov/columbia_pd/columbia_pd_sa.html (last visited January 17, 2019);

    b. Arlington, VA, https://www.ada.gov/arlington_co_sheriff_sa.html (last visited January 17, 2019);

    c. Milwaukee, WI, https://www.ada.gov/milwaukee_pca/milwaukee_sa.html (last visited January 17, 2019);

    d. Humboldt County, CA, https://www.ada.gov/humboldt_pca/humboldt_ca_cd.html (last visited

January 17, 2019);

    e.  Yakima County, WA, https://www.ada.gov/yakima_co_pca/yakima_sa.html (last visited January 17, 2019);

    f.  Pennington, SD, https://www.ada.gov/pennington_co/pennington_sa.html (last visited January 17, 2019);

    g.  Robeson County, NC, https://www.ada.gov/robeson_co_pca/robeson_sa.html (last visited January 17, 2019);

    h.  Washington County, MO, https://www.ada.gov/washington_county_pca/washington_county_sa.html (last visited January 17, 2019);

    i.  San Juan County, NM, https://www.ada.gov/san_juan_co_pca/san_juan_sa.html (last visited January 17, 2019); and

    j.  Cedar Rapids, IA, https://www.ada.gov/cedar_rapids_pca/cedar_rapids_sa.html (last visited January 17, 2019).

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Denver, Colorado on January 17, 2019.

*/s/ Amy F. Robertson*
Amy F. Robertson

5